# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2118
_____

LARRY CLARK,

   Appellant,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

   Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.


March 27, 2024

PER CURIAM.

   AFFIRMED. *See* Fla. R. App. P. 9.315(a).

RAY, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Larry Clark, pro se, Appellant.

No Appearance for Appellee.